# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK KRAUSE,<br>    Petitioner | : <br> : | |
| | : | No. 1:21-cv-1225 |
| v. | : | |
| | : | (Judge Rambo) |
| COMMONWEALTH OF<br>PENNSYLVANIA,<br>    Respondent | : <br> : <br> : | |

## ORDER

**AND NOW**, on this 3rd day of August 2021, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to amend the docket to reflect that Plaintiff's current address is SCI Smithfield;

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED**;

3. A certificate of appealability **SHALL NOT ISSUE**;

4. Petitioner's motion for leave to proceed *in forma pauperis* (Doc. No. 4) is **DENIED AS MOOT**; and

5. The Clerk of Court is directed to **CLOSE** the above-captioned action.

s/ Sylvia H. Rambo  
United States District Judge
